vision, Second Department. November 27, 1908.) Action by Thomas Clark, an infant, by Annie Clark, his guardian ad litem, against Wells Fargo & Co. No opinion. Judgment and order of the Municipal Court unanimously affirmed, with costs.

CLARKE, Appellant, v. GAER, Respondent. (Supreme Court, Appellate Division, Second Department. November 20, 1908.) Action by Andrew J. Clarke, as executor, etc., of John Clarke, deceased, against Charles Gaer. No opinion. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, on the ground that the plaintiff's evidence was sufficient to enable the court to find a new lease from May 1, 1905, to May 1, 1906, and it was not in violation of the statute of frauds.

CLINTON, Respondent, v. MUNSON S. S. LINE, Appellant. (Supreme Court, Appellate Division, Second Department. November 27, 1908.) Action by John Clinton against the Munson Steamship Line.

PER CURIAM. Judgment and orders reversed, and new trial granted, costs to abide the event, for error of the court in refusing to charge the defendant's request that if defendant furnished a proper and sufficient cover for the hole, and it was taken and left off the hole by the neglect of the coemployés of the plaintiff, the defendant was entitled to a verdict.

CODY, Respondent, v. CODY, Appellant. (Supreme Court, Appellate Division, First Department. November 20, 1908.) Action by Rosa M. Cody against Joseph W. Cody. J. E. Smith, for appellant. W. Goldsticker, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

COHEN, Respondent, v. BROOKLYN, Q. C. & S. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 3, 1908.) Action by Louis Cohen against the Brooklyn, Queens County & Suburban Railroad Company.

PER CURIAM. We think that the verdict in this case was justified by the evidence; that, instead of being against the weight of evidence, it was supported by a preponderance of the evidence. Therefore the order appealed from is reversed, and the verdict of the jury is reinstated, with costs.

COHEN v. COMMERCIAL ADVERTISER ASS'N. (Supreme Court, Appellate Term. December 9, 1908.) Appeal from Municipal Court, Borough of Manhattan, Sixth District. Action by Harris Cohen against the Commercial Advertiser Association. From a judgment for plaintiff, defendant appeals. Affirmed. Frank V. Johnson, for appellant. Morrison & Schiff, for respondent.

PER CURIAM. Judgment affirmed, with costs.

MacLEAN, J. (dissenting). Nothing in the record evinces any care on the part of the plaintiff. The implied finding of the plaintiff's freedom from contributory negligence rests, so far as perceivable, upon nothing.

COLE, Respondent, v. FOSTER PUMP WORKS, Appellant. (Supreme Court, Appellate Division, Second Department. November 20, 1908.) Action by George W. Cole against the Foster Pump Works. No opinion. Judgment of the Municipal Court affirmed, with costs.

COLEMAN, Appellant, v. J. L. MOTT IRON WORKS, Respondent. (Supreme Court, Appellate Division, First Department. December 11, 1908.) Action by Albert D. Coleman against the J. L. Mott Iron Works. M. L. Malevinsky, for appellant. F. V. Johnson, for respondent. No opinion. Order reversed, without costs, and verdict reinstated, on condition that plaintiff stipulates to reduce judgment to be entered thereon to $4,500, with costs. If such stipulation be not given, order affirmed, with costs. Settle order on notice.

COLLIER, Appellant, v. POSTUM CEREAL CO., Limited, Respondent. (Supreme Court, Appellate Division, First Department. November 20, 1908.) Action by Robert J. Collier against the Postum Cereal Company, Limited. C. E. Kelley, for appellant. E. A. Philbin, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

COMISKY v. FRANCIS BROS. (Supreme Court, Appellate Division, First Department. November 27, 1908.) Action by James Comisky against Francis Bros. No opinion. Motion denied. See memorandum. Settle order on notice.

COMPART v. DOMMASCH. (Supreme Court, Appellate Division, First Department. November 27, 1908.) Action by Percival F. Compart against Otto Dommasch. No opinion. Motion granted, with $10 costs. Order filed.

In re CONOVER ST. IN CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. November 20, 1908.) In the matter of acquiring title by the city of New York to certain lands and premises situated on the southerly side of Conover street, between Walcott and Sullivan streets, in the Borough of Brooklyn, duly selected as a site for school purposes according to law. No opinion. Motion granted, and order signed.

COUSE, Respondent, v. DELAWARE & H. CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 25, 1908.) Action by Mina L. Couse, administratrix, etc., of Scott P. Couse, deceased, against the Delaware & Hudson Company. No opinion. Motion denied.

COYE, Respondent, v. VILLAGE OF NORWICH, Appellant. (Supreme Court, Appellate Division, Third Department. November 11,